UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Frank J Petry  
    Holli A Petry  
        Debtor(s)

Case No. 11-48840

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/05/2011.

2) The plan was confirmed on 02/24/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/25/2017.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,875.00.

10) Amount of unsecured claims discharged without payment: $69,186.35.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,146.53 |
| Less amount refunded to debtor | $146.53 |
| **NET RECEIPTS:** | **$15,000.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $612.42 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,112.42** |

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCESS NEUROCARE | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | 8,978.00 | 5,087.18 | 5,087.18 | 1,669.95 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | NA | 5,684.13 | 5,684.13 | 1,865.92 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 777.00 | 496.99 | 496.99 | 160.64 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 40.00 | 152.59 | 152.59 | 49.32 | 0.00 |
| CCA | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 15,206.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 9,550.00 | NA | NA | 0.00 | 0.00 |
| COLLEGE OF DUPAGE | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY MEDICAL ASSOC | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY PHYS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 1,702.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 4,593.00 | 4,553.24 | 4,553.24 | 1,494.67 | 0.00 |
| IC SYSTEM | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 195.75 | 195.75 | 63.27 | 0.00 |
| ILLINOIS CHILD SUPPORT ENFORCEI | Priority | 600.00 | 600.00 | 600.00 | 600.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 4,500.00 | 4,656.00 | 4,656.00 | 1,528.41 | 0.00 |
| INTEGRAL HEALTH ASSOC OF IL | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,550.00 | 1,910.66 | 1,910.66 | 1,910.66 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 39.74 | 39.74 | 12.85 | 0.00 |
| JAMES BURKS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 587.00 | 536.62 | 536.62 | 175.61 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERCHANTS CREDIT GUIDE | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 675.00 | 722.29 | 722.29 | 233.46 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 592.00 | 450.66 | 450.66 | 145.67 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 60.00 | 347.73 | 347.73 | 112.40 | 0.00 |
| NORTHWEST IMAGING ASSOC | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST PRIMARY CARE | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Unsecured | 9,551.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 545.00 | 544.86 | 544.86 | 176.11 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 321.68 | 321.68 | 103.98 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 325.00 | 393.81 | 393.81 | 127.29 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 8,838.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOANS | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOANS | Unsecured | 919.00 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT | Unsecured | 580.00 | 1,415.00 | 1,415.00 | 457.37 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WESTWOOD COLLEGE OF TECHNOL | Unsecured | 1,959.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD LABORATORY CONSULTA | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $600.00 | $600.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,910.66 | $1,910.66 | $0.00 |
| **TOTAL PRIORITY:** | **$2,510.66** | **$2,510.66** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,598.27** | **$8,376.92** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,112.42 |
| Disbursements to Creditors | $10,887.58 |
| **TOTAL DISBURSEMENTS** : | **$15,000.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/06/2017        By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.